TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:(213) 894-2426
     Facsimile:(213) 894-0142
     E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>2019 Tesla Motors S, 2019 Tesla Motors X, 7.29440577 Ethereum Digital Currency, and 14.77832268 Bitcoin Digital Currency,<br><br>      Defendants. | NO. 2:21-cv-08339<br><br><u>VERIFIED COMPLAINT FOR FORFEITURE</u><br><br>18 U.S.C. § 981(a)(1)(C)<br><br>[I.R.S.] |

     The United States of America brings this claim against the below-identified defendants, and alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

2. This court has jurisdiction over this matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

**PERSONS AND ENTITIES**

4. The plaintiff is the United States of America.

5. The defendants (the "Defendant Assets") are:

    a. A 2019 Tesla Motors Model S, bearing VIN: 5YJSA1E22KF347954 ("Subject Vehicle 1"), seized by the Internal Revenue Service ("IRS") on or about August 25, 2021 and registered to Bandele Trust and/or Mel Hughes;

    b. A 2019 Tesla Motors Model X, bearing VIN: YJXCDE27KF213670 ("Subject Vehicle 2"), seized by the IRS on or about August 25, 2021 and registered to Bandele Trust;

    c. 7.29440577 Ethereum Digital Currency held in the name of Melvin Hughes (the "Ethereum Currency"); and

    d. 14.77832268 Bitcoin Digital Currency held in the name of Melvin Hughes (the "Bitcoin Currency").

6. The Defendant Assets are currently held in the custody of IRS in this district, where they shall remain subject to this Court's jurisdiction pending this action.

7. The interests of Melvin Hughes ("Hughes") and Bandele Trust may be adversely affected by these proceedings.

**BASIS FOR FORFEITURE**

8. IRS is responsible for investigating fraudulent tax refund schemes, including those involving fraudulently filed tax returns.

9. The IRS Scheme Development Center ("IRS-SDC") identifies potentially fraudulent tax returns based on a review of IRS tax record databases, including records stored on the IRS Integrated Data Retrieval System ("IDRS"). The IDRS system maintains data regarding all returns filed with the IRS, including information regarding the amount of income, deductions, withholdings, tax liabilities and/or tax refunds claimed on each return, as well as information regarding the listed tax-preparer for each return.

10. The IRS-SDC identified one such fraudulent return scheme operating between at least 2018 through 2020. The scheme perpetrators (hereinafter the "Schemers") submitted, both electronically and by mail, more than twenty fraudulent tax returns which claimed at least $210,166,675 in refunds (the "False Returns").

11. Twenty-two of the False Returns filed by the Schemers, as well as the IRS transcripts summarizing the relevant income, tax liabilities, withholdings, and refunds claimed for all these returns, were reviewed by IRS agents. Each of these False Returns was accompanied by one or more fraudulent IRS Forms 1099[1] which indicated that the filer had received a large amount of interest income, and that virtually all that interest income had been withheld and paid over to the IRS (the "Withheld Income"). Accordingly, these False

---

[1] IRS Form 1099 comes in a variety of subtypes, but all are used to record and report miscellaneous income. Form 1099 is commonly used by taxpayers to provide information to the IRS about different types of income received throughout the year outside of regular salary.

3

Returns created the fraudulent impression that, due to the Withheld Income, the IRS owed a large amount of money to the filer.

12. The fraudulent Forms 1099 submitted to the IRS as part of this underlying scheme generally indicated that the "Payers" of the Withheld Income were large financial institutions, such as banks, mortgage companies, credit card companies, and insurance companies, or credit-issuing companies such as PayPal and Tesla.

13. In fact, the Withheld Income was entirely fictitious, and the IRS owed nothing to the Schemers. A comparison of the Withheld Income claimed on the False Returns with IRS records of amounts of withheld income, as reported and submitted to the IRS by the third parties referenced on the False Returns, showed that the withholding amounts claimed on these False Returns were entirely fabricated and the Withheld Income was never actually withheld or paid over to the IRS.

14. As a direct result of the False Returns, the IRS deposited approximately $13,763,934.23 in fraudulent tax refunds into bank accounts controlled by the Schemers (the "Schemer Bank Accounts"). Funds from the Schemer Bank Accounts were then used to purchase, among other assets, the Defendant Assets.

***Hughes Submits Two False Returns Claiming Approximately $6,285,018.18***

15. Hughes was a principal orchestrator of the above-described scheme to file the False Returns.

16. Hughes established the Bandele Trust ("Bandele") on or about April 24, 2016.

17. As part of the above-described scheme, Hughes caused False Returns to be filed on behalf of Bandele for tax years 2016 and 2017 (the "Bandele False Returns").

4

18.     On or about June 6, 2019, Hughes caused a false 2016 Form 1041[2] to be filed on behalf of Bandele, which claimed falsified withholding tax credits of at least $5,709,941. In support of the claimed withholdings, the 2016 Form 1041 included the following attachments:

    a.  A Form 1099-K purportedly from "PAY PALL" reporting $178,281.70 in federal income tax withholdings;

    b.  A Form 1099-B purportedly from "PAY PAL" reporting $1,604,535.30 in federal income tax withholdings;

    c.  A Form 1099-K purportedly from "MASTER CARD" reporting $178,281.70 in federal income tax withholdings;

    d.  A Form 1099-B purportedly from "US BANK CORP" reporting $215,364.60 in federal income tax withholdings;

    e.  A Form 1099-K purportedly from "VISA INC" reporting $23,929.40 in federal income tax withholdings;

    f.  A Form 1099-K purportedly from "US BANK CORP" reporting $23,929.40 in federal income tax withholdings;

    g.  A Form 1099-B purportedly from "CITI BANK" reporting $3,165,836.50 in federal income tax withholdings;

    h.  A Form 1099-K purportedly from "CITI BANK" reporting $319,781.50 in federal income tax withholdings; and

    i.  A Form 1099-K purportedly from "VISA INC" reporting $319,781.50[3] in federal income tax withholdings.

---

[2] IRS Form 1041 is the U.S. Income Tax Returns for Estates and Trusts.

[3] The total withholdings reported on the attachments included with the 2016 Form 1041 filed on behalf of Bandele exceed the withholdings claimed on the Form 1041. Specifically, the attachments included with the return report total withholdings of $6,029,721.60 while the tax return itself reports only $5,709,941 in withholdings.
*(footnote cont'd on next page)*

19. Bandele's 2016 Form 1041 was submitted electronically, and attached a purported letter and confirmation of postage, signed by Hughes, addressed to the Chief Executive Officer of the "Office of PAY PAL (payer)" demanding that the company file a 1099-OID on behalf of Hughes and/or his estate.

20. In fact, Bandele's 2016 Form 1041 and the Form 1099s accompanying it were materially false, in that the IRS did not receive any of the amounts claimed as Federal income tax withheld on the Form 1099s accompanying this return.

21. The Bandele 2016 Form 1041 resulted in the issuance of United States Treasury check number 4038-77460702, in the amount of $5,778,234.78, which included interest paid by the IRS of $68,293.78.

22. On or about July 1, 2019, Hughes caused a false 2017 Form 1041 to be filed on behalf of Bandele, which claimed falsified withholding tax credits of at least $502,842. In support of the claimed tax withholdings, the 2017 Form 1041 included the following attachments:

   a. A 2017 Form 1099-K, purportedly from "VISA," reporting $251,420.76 in federal income tax withholdings;

   b. A 2017 Form 1099-B, purportedly from "US BANK CORP," reporting $251,420.76 in federal income tax withholdings; and

   c. A 2017 Form 1099-OID, purportedly from "US BANK CORP," reporting $251,420.76 in federal income tax withholdings.[4]

---

The discrepancy appears to have been caused by Hughes excluding one of the K-1 forms in the amount of $319,781.50 from his computations.

[4] The total withholdings reported on the attachments included with the 2017 Form 1041 filed on behalf of Bandele exceed the withholdings claimed on the Form 1041. Specifically, the attachments included with the return report total withholdings of $754,262.28, while the tax return itself reports only $502,842 in withholdings.
*(footnote cont'd on next page)*

6

23. Bandele's 2017 Form 1041 was submitted electronically, and attached an IRS Form 2848,[5] signed by Hughes.

24. In fact, Bandele's 2017 Form 1041 and the Form 1099s accompanying it were materially false, in that the IRS did not receive any of the amounts claimed as Federal income tax withheld on the Form 1099s accompanying this return.

25. The Bandele 2017 Form 1041 resulted in the issuance of United States Treasury check number 4038-77460703, in the amount of $506,783.40, which included interest paid by the IRS of $3,941.40.

26. In total, the Bandele False Returns led to the issuance of treasury checks in the amount of $6,285,018.18.

**THE DEFENDANT ASSETS ARE TRACEABLE TO THE BANDELE FALSE RETURNS**

*The Purchase of Subject Vehicles 1 & 2*

27. On or about October 21, 2019, Hughes, on behalf of Bandele, entered into a purchase agreement with Tesla to purchase Subject Vehicle 1.

28. The purchase price of Subject Vehicle 1 was $111,421.48.

29. Subject Vehicle 1 was paid for in full from JPMorgan Chase checking account number 435750968, in the name of Bandele ("Chase Account x0968"), as follows:

   a. On or about October 11, 2019, a payment was made by Check Card in the amount of $2,500.00;

   b. On or about October 24, 2019, a payment was made by check number 6370, in the amount of $100,921.48; and

---

The discrepancy appears to have been caused by Hughes excluding one of the K-1 forms in the amount of $251,420.76 from his computations.

[5] The IRS Form 2848 is a Power of Attorney and Declaration of Representative.

7

      c. On or about January 2, 2020, the final payment was made by check number 178, in the amount of $8,000.00.

30. On or about December 13, 2019, Hughes, on behalf of Bandele, entered into a purchase agreement with Tesla to purchase Subject Vehicle 2.

31. The purchase price, including all extras and taxes was $106,924.06.

32. Subject Vehicle 2 was paid in full from Chase Account x0968, as follows:

      a. On or about December 12, 2019, a payment was made by check card in the amount of $100.00; and

      b. On or about January 2, 2020, the final payment was made by check number 179, in the amount of $106,824.06.

33. Chase Account x0968 was opened on or about July 25, 2019 and was primarily funded from the proceeds of the Bandele False Returns.

34. Prior to the deposit of the U.S. Treasury checks traceable to the Bandele False Returns, the balance in Chase Account x0968 was $13,106.96.

35. When Subject Vehicle 1 was paid for from Chase Account x0968, this account contained the proceeds from the Bandele False Returns.

36. On or about October 23, 2019, Hughes transferred $5,079,411.52 from Chase Account x0968 to JPMorgan Chase savings account number 3697235878, in the name of Bandele Trust, Melvin Louis Hughes Trustee ("Chase Account x5878"). Chase Account x5878 was opened on or about October 5, 2019, and other than interest income,

the only deposit into this account was the transfer from Chase Account x0968.

37. On or about December 30, 2019, Hughes transferred $200,000 from Chase Account x5878 back to Chase Account x0968. This transfer of funds was then used to cover check number 178, the final payment on Subject Vehicle 1, and check number 179, for the purchase of Subject Vehicle 2.

### *Purchase of the Ethereum and Bitcoin Currency*

38. On or about October 21, 2019, Hughes deposited check number 6371 in the amount of $999,000.00, drawn on Chase Account x0968, into US Bank checking account number 157518756521, in the name of Brother To Brother Outreach Org. ("US Bank Account x6521").

39. As described above, substantially all of the funds in Chase Account x0968 were traceable to the Bandele False Returns.

40. On or about February 7, 2020, US Bank Account x6521 was closed and the balance of $1,270,727.35 was withdrawn by cashier's check number ending x9305 (the "x9305 Check"), payable to Brother To Brother Outreach. At the time the account was closed, substantially all of the funds in US Bank Account x6521 were traceable to the Bandele False Returns, as described above.

41. On or about March 2, 2020, the x9305 Check was deposited into Wells Fargo Bank checking account number 9773872016, in the name of Melvin L. Hughes ("WFB Account x2016").

42. Starting in or about September 2020 and continuing through at least April 2021, Hughes engaged in numerous transactions to acquire digital currency, including the Bitcoin and Ethereum Currency.

43. These transactions were made through cryptocurrency exchanges Gemini Trust Company, LLC ("Gemini"), Cex.io, and BlockFi. The funds used to engage in these transactions originated from WFB Account x2016.

44. As described above, at least $1,270,727.35 in funds on deposit in the WFB Account x2016 were traceable to the Bandele False Returns.

45. In total, Hughes caused the transfer of approximately $1,114,946.13 from the WFB Account x2016 to Gemini, Cex.io, and BlockFi, as follows:

 a. Starting on or about September 1, 2020 and continuing through at least March 5, 2021, Hughes caused at least 23 wire transfers and four transfers between WFB Account x2016 and Gemini. These transactions resulted in net transfers to Gemini totaling approximately $291,500.00.[6]

 b. Starting on or about October 19, 2020 and continuing through at least March 26, 2021, Hughes caused approximately 201 transfers from WFB Account x2016 to Cex.io. These transactions resulted in transfers to Cex.io totaling approximately $583,446.13.

 c. Starting on or about November 25, 2020 and continuing through at least March 25, 2021, Hughes caused approximately four transfers between WFB account x2016 and

---

[6] Transfers to Gemini totaled approximately $616,520.00, but wire transfers totaling $325,020.00 were returned to Hughes by Gemini and were not processed.

BlockFi. These transactions resulted in net transfers to BlockFi totaling approximately $240,000.00.[7]

46. Subsequent to the transactions described above involving Gemini and Cex.io, Hughes either transferred or used the contents of these accounts to acquire cryptocurrency held on deposit with BlockFi and associated with cryptocurrency account identifier ending '2281 (the "BlockFi x2281 Account").

47. On or about July 30, 2021, a warrant was signed by the Honorable Alicia G. Rosenberg, U.S.M.J., authorizing the seizure of all funds on deposit in the BlockFi x2281 Account. The Bitcoin Currency and the Ethereum Currency were subsequently seized from the BlockFi x2281 Account pursuant to this warrant.

### FIRST CLAIM FOR RELIEF

48. Based on the foregoing, the government alleges that the Defendant Assets constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 641 (theft of public money), 1341 (mail fraud) and 1343 (wire fraud), which are specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1). The Defendant Assets are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

### SECOND CLAIM FOR RELIEF

49. Based on the foregoing, the government alleges that the Defendant Assets constitute property involved in transactions or attempted transactions in violation of 18 U.S.C. § 1957 (Money Laundering – engaging in a monetary transaction with criminally

---

[7] Transfers to BlockFi totaled approximately $370,000.00, but wire transfers totaling $130,000.00 were returned to Hughes by BlockFi.

11

1 derived funds), or property traceable to such property, with the
2 specified unlawful activity being violations of 18 U.S.C. §§ 641,
3 1341 and 1343.  The Defendant Assets are therefore subject to
4 forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).
5 //
6 //
7 //

WHEREFORE, plaintiff United States of America prays:

    a.   that due process issue to enforce the forfeiture of the Defendant Assets;

    b.   that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

    c.   that this court decree forfeiture of the Defendant Assets to the United States of America for disposition according to law; and

    d.   for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: October 21, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, KATHLEEN ALEXANDER, hereby declare that:

1. I am a Special Agent for the Internal Revenue Service and the case agent for the forfeiture matter entitled <u>United States of America v. 2019 Tesla Motors S VIN:5YJSA1E22KF347954, 2019 Tesla Motors X VIN: YJXCDE27KF213670, 7.29440577 Ethereum Digital Currency, and 14.77832268 Bitcoin Digital Currency.</u>

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October _15_, 2021 at _Long Beach_, California.

_KATHLEEN ALEXANDER_
Internal Revenue Service