TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:(213) 894-2426
     Facsimile:(213) 894-0142
     E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>2019 Tesla Motors S, 2019 Tesla Motors X, 7.29440577 Ethereum Digital Currency, and 14.77832268 Bitcoin Digital Currency,<br><br>　　　　　Defendants. | No. 2:21-cv-08339<br><br>**EX PARTE APPLICATION FOR ORDER APPOINTING INTERNAL REVENUE SERVICE AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES** |

　　　Pursuant to Supplemental Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Rule E.14(a) of the Rules for Admiralty and Maritime Claims,

1

plaintiff United States of America hereby respectfully applies for an order appointing Internal Revenue Service as the substitute custodian in place of the United States Marshals Service.  This application is based on the attached Memorandum of Points and Authorities and the pleadings and file in this case.

DATED:  October 21, 2021

          TRACY L. WILKISON
          Acting United States Attorney
          SCOTT M. GARRINGER
          Assistant United States Attorney
          Chief, Criminal Division
          JONATHAN GALATZAN
          Assistant United States Attorney
          Chief, Asset Forfeiture Section

          /s/ *Dan G. Boyle*
          DAN G. BOYLE
          Assistant United States Attorney

          Attorney for Plaintiff
          UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America ("plaintiff" or the "government") seeks an order appointing Internal Revenue Service ("IRS") as the substitute custodian in place of the United States Marshals Service ("USMS").

Local Rule E.14(a) of the Rules for Admiralty and Maritime Claims provides, in pertinent part,

> When . . . property is brought into the Marshal's custody by arrest or attachment, the Marshal shall arrange for adequate safekeeping . . . . <u>A substitute custodian in place of the Marshal may be appointed by order of the Court.</u>[1]

(Emphasis added.) Likewise, Supplemental Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims states, in relevant part:

> If tangible property is to be attached or arrested, the marshal <u>or other person or organization having the warrant</u> shall take it into the marshal's possession for safe custody. If the character or situation of the property is such that the taking of actual

---

[1] "A substitute custodian is held to the same standard of care as the USMS, which is essentially a reasonable standard of care." See <u>Scotiabank de Puerto Rico v. M/V Atuti</u>, 326 F.Supp.2d 282, 284 (D. Puerto Rico 2004).

3

possession is impracticable, the marshal <u>or other person executing the process</u> shall affix a copy thereof to the property in a conspicuous place and leave a copy of the complaint and process with the person having possession or the person's agent. (Emphases added.)  In forfeiture actions, the arrest warrant may be delivered to, and process may be executed by, "any officer or employee of the United States."  Supplemental Rules B(1)(d)(ii)(D) and C(3)(b)(ii)(D).

    The USMS has primary authority over the management and disposal of seized assets in its custody that are subject to forfeiture or are forfeited under laws enforced by agencies within the Department of Justice as well as certain other federal agencies by agreement.  Arrangements for property services or commitments pertaining to the management and disposition of such property are the responsibility of the USMS.

. . .

Management and disposal of assets seized by agencies within the Department of Treasury and other agencies included by agreement (including certain agencies moved from Treasury to the Department of Homeland

Security) are handled by property custodians (generally contractors) operating under Treasury guidelines. <u>Asset Forfeiture Policy Manual</u> (2006), Ch. 5, Sec. I(A) and (B)(footnotes omitted).

Here, the seizing and investigating agency is the IRS; IRS is the custodian of the defendant and handles the processing of all IRS forfeitures. Accordingly, the USMS is not the custodian of the defendant.

For these reasons, the government respectfully requests that the Court appoint IRS as the substitute custodian in place of the USMS.

DATED: October 21, 2021

        TRACY L. WILKISON
        Acting United States Attorney
        SCOTT M. GARRINGER
        Assistant United States Attorney
        Chief, Criminal Division
        JONATHAN GALATZAN
        Assistant United States Attorney
        Chief, Asset Forfeiture Section

        /s/ *Dan G. Boyle*
        DAN G. BOYLE
        Assistant United States Attorneys

        Attorney for Plaintiff
        UNITED STATES OF AMERICA